Case 13-56132  Case 12-30216-KKS  Doc 1  Filed 08/31/12  Filed 08/31/12  Entered 08/31/12 15:13:37  Page 1 of 58  Desc Main
Document    Page 1 of 5

8/31/12 3:46PM

B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Florida

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Chrisley, Michael Todd** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **AKA Todd Chrisley** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **xxx-xx-1621** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **408 Western Lake Drive** **Rosemary Beach, FL** ZIP Code **32461** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Walton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **PO Box 611237** **Rosemary Beach, FL** ZIP Code **32461** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Chrisley, Michael Todd |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Marc P. Barmat                    **August 31, 2012** <br> Signature of Attorney for Debtor(s)        (Date) <br> **Marc P. Barmat 0022365** |

| **Exhibit C** |
| --- |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
| --- |
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
| --- |
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
| --- |
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ <br> (Name of landlord that obtained judgment) |
| _____ <br> (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Case 13-56132 Case 12-30216-KKS Doc 1 Filed 08/31/12 Entered 08/31/12 Page 3 of 5 Desc Main Document Page 3 of 5  8/31/12 3:46PM

B1 (Official Form 1)(12/11) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Chrisley, Michael Todd**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Michael Todd Chrisley**
Signature of Debtor  **Michael Todd Chrisley**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 31, 2012**
Date

### Signature of Attorney*

**X /s/ Marc P. Barmat**
Signature of Attorney for Debtor(s)
**Marc P. Barmat 0022365**
Printed Name of Attorney for Debtor(s)
**Furr & Cohen**
Firm Name
**2255 Glades Rd.
Suite 337W
Boca Raton, FL 33431**
Address

**561-395-0500  Fax: 561-338-7532**
Telephone Number
**August 31, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

Michael Todd Chrisley
PO Box 611237
Rosemary Beach, FL 32461

Bryan M. Knight
Knight Johnson, LLC
One Midtown Plaza
1360 Peachtree Street #1201
Atlanta, GA 30309

Glenayre Homeowners Assn
4020 Heatherwood Way
Roswell, GA 30075

Marc P. Barmat
Furr & Cohen
2255 Glades Rd.
Suite 337W
Boca Raton, FL 33431

Chamberlain Hrdicka and White
191 Peachtree Street NE 34th Floor
Atlanta, GA 30303

Greenberg Traurig Forum
3290 Northside Pkwy #400
Atlanta, GA 30327

American Express
PO Box 650448
Dallas, TX 75265-0448

City of Alpharetta
2 S Main Street
Alpharetta, GA 30009

HFP Group, LLC
c/o Daniel L. Goodkin, Esquire
1880 Century Park East, #1018
Los Angeles, CA 90067

Athens First
PO Box 1747
Athens, GA 30603

CLMG Corporation
7195 Dallas Pkwy
Plano, TX 75024

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Athens First Card Services
PO Box 2181
Columbus, GA 31902

Community Management Associates
1465 Northside Drive, Ste 128
Atlanta, GA 30318

Jason Fisher
Go Fish Enterprises
West 9th Street #535
Los Angeles, CA 90015

Bank of America
100 North Tryon Street, 18th floor
Charlotte, NC 28255

Embassy National Bank
1817 N Brown Road
Lawrenceville, GA 30043

JP Morgan Chase Bank, N.A.
6716 Grade Lane
Bldg 9, Suite 910
Louisville, KY 40213

Bloom Law
977 Ponce de Leon Avenue, NE
Atlanta, GA 30306

Fulton County Clerk of Superior Court
Cost Collection
136 Pryor Street, SW
Atlanta, GA 30303

Julie Chrisley
5010 Heatherwood Court
Roswell, GA 30075

Brendan & Ruth Roche
c/o George Hynick, Esquire
5000 N Parkway Calabasas #219
Calabasas, CA 91302

Fulton County Tax Collector
141 Pryor Street
Atlanta, GA 30303

Land Rover Financial
PO Box 78069
Phoenix, AZ 85062

Brendan Roche
c/o Robert S. Mann, Esquire
5000 N Parkway Calabasas, #219
Calabasas, CA 91302-1400

Georgia Federal Credit Union
6705 Sugarloaf Parkway #100
Duluth, GA 30097

LNV
15770 Dallas Pkwy LB65
Dallas, TX 75248

LNV Corporation
c/o McCullough Payne & Haan, LLC
271 17th Street, NW Suite 2200
Atlanta, GA 30363-6213

RES-GA Buckhead, LLC
c/o Robert C. Brand, Jr., Esquire
1111 Bay Avenue, 3rd Floor
Columbus, GA 31901

Wells Fargo
PB 660455
Dallas, TX 75266-0455

Los Angeles County Tax Collector
225 North Hill Street
Los Angeles, CA 90012

Rialto Capital Advisors, LLC
730 NW 107th Avenue #400
Miami, FL 33172

Windsor Over Peachtree COA, Inc
c/o Team Management, LLC
PO Box 670177
Marietta, GA 30066

Mann Law Firm
Century Park East #1900
Los Angeles, CA 90067

Rinik Homes, Inc.
c/o Kevin Rinik
4190 Iron Duke Court
Duluth, GA 30097

Mark Stephen Braddock
3340 Peachtree Road, #1100
Atlanta, GA 30326

State Bank
PO Box 4748
Macon, GA 31208

Mary E. Masi
Community Assn Mgr
2500 Peachtree Road, NW
Atlanta, GA 30305

State Bank & Trust Company
c/o Jack G. Williams, Esquire
502 Harmon Avenue
Panama City, FL 32401

Midtown Bank
712 W Peachtree Street
Atlanta, GA 30308

Troy R. Covington, Esquire
977 Ponce de Leon Ave, NE
Atlanta, GA 30306

Oconee County Tax Collector
PO Box 494
Walhalla, SC 29691

United Community Bank
PO Box 159
Dawsonville, GA 30534

Regions Financial Corp f/k/a Integrity
250 Riverchase Pkwy East
Birmingham, AL 35244

Walton County Tax Collector
PO Box 510
Defuniak Springs, FL 32435

RES-GA Buckhead, LLC
c/o Andrea L. Pawlak, Esquire
260 Peachtree Street #2700
Atlanta, GA 30303

Watercolor Retreat LLC
408 Western Lake Drive
Santa Rosa Beach, FL 32459