B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re   **Michael Todd Chrisley**

,

Debtor

Case No.   **12-31216**

Chapter   **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,211,000.00 | | |
| B - Personal Property | Yes | 4 | 70,100.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 14,704,177.59 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 595,227.96 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 34,150,396.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 75,420.47 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 78,773.96 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 4,281,100.00 | | |
| Total Liabilities | | | | 49,449,801.97 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Michael Todd Chrisley**                             Case No.    **12-31216**

                    Debtor           ,        Chapter              **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Michael Todd Chrisley**            ,     Case No.   **12-31216**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4015 Anson Ave**<br>**Alpharetta, GA 30022** | **Fee Simple** | - | **378,000.00** | **490,810.32** |
| **620 Peachtree Street, Unit 413**<br>**Atlanta, GA** | **Fee Simple** | - | **85,000.00** | **259,781.20** |
| **5000 Heatherwood Ct**<br>**Roswell, GA 30075** | **Fee Simple** | - | **1,900,000.00** | **6,900,000.00** |
| **209 Belle Pines Ct**<br>**Seneca, SC 29678** | **Fee Simple** | - | **1,098,000.00** | **1,650,000.00** |
| **2500 Peachtree Rd, Unit 505**<br>**Atlanta, GA 30308** | **Fee Simple** | - | **750,000.00** | **1,180,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **4,211,000.00** | (Total of this page) |
| Total > | **4,211,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Michael Todd Chrisley**                                    ,        Case No.    **12-31216**
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Location: 408 Western Lake Drive, Rosemary Beach FL 32461** | - | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking acct #1802 a/o 8/15/12 -$55** | - | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Per Prenuptial Agreement 5/22/96 and amendments thereto dated 8/27/04 and 7/22/05, all personal property is property of the wife.** | - | **0.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Location: 408 Western Lake Drive, Rosemary Beach FL 32461** | - | **650.00** |
| 7. Furs and jewelry. | | **platinum wedding band** | - | **1,300.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Lincoln Financial Whole Life Insurance Policy Insureds: Debtor and non-debtor spouse Owner and Beneficiary: The Michael and Julie Chrisley Irrevocable Trust** | J | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **2,050.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michael Todd Chrisley**                                              ,        Case No.    **12-31216**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Chrisley Asset Management, LLC** **3340 Peactree Road, Suite 1100** **Atlanta, GA 30326** **Debtor owns 10%** **(Lost only contract with Fannie Mae a/o 11/12)** | - | **Unknown** |
| | | **South Fulton Land Investments, LLC** **10945 State Bridge Road, #401-300** **Alpharetta, GA 30022** **50% owner** **(42 acres of land - foreclosed a/o 8/12)** | - | **0.00** |
| | | **Select Real Estate Holdings, LLC** **Office Building** **11539 Park Woods Circle, #401** **Alpharetta, GA 30005** **(owns building with negative equity)** | - | **0.00** |
| | | **Chrisley and Company, LLC** **3340 Peachtree Road, Ste 1100** **Atlanta, GA** **(50% member)(pass through company for Chrisley Asset Management, LLC fees)** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

Case 13-56132 sms Doc 8 Filed 09/14/12 Entered 09/22/13 07:35:43 Desc Main
Case 12-31216-KKS Doc 9 Filed 09/14/12 Page 6 of 53
Document      Page 6 of 53

9/14/12 1:21PM

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Todd Chrisley**                                                    ,          Case No. ___**12-31216**___
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **The Chrisley Family Trust 5000 Heatherwood Ct Roswell, GA 30075 (owns 100,000 shares of Brookhaven Bank--stocks have a fair market value of approximately $350,000; stocks have been pledged as collateral to State Bank) (owns 5010 Heatherwood Court - negative equity)** | **-** | **0.00** |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2010 Landrover Range Rover Vin #SALMFIE47AA314217 34,331 miles** | **J** | **68,050.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **68,050.00** |
| (Total of this page) | |

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Case 12-31216-KKS  Doc 9  Filed 09/14/12  Page 7 of 53

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Michael Todd Chrisley**                                              ,  Case No.  **12-31216**
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | The Michael and Julie Chrisley Irrevocable Trust (only asset is the Lincoln Financial whole life insurance policy listed in Schedule B #9). Beneficiaries of the Trust are the debtor and non-debtor spouse's children. | - | 0.00 |

Sub-Total >            0.00
(Total of this page)
Total >        70,100.00

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re  **Michael Todd Chrisley**                                          ,   Case No. ___**12-31216**___
_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand**<br>**Location: 408 Western Lake Drive, Rosemary Beach FL 32461** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>**Chase**<br>**Checking acct #1802**<br>**a/o 8/15/12 -$55** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **0.00** |
| **Wearing Apparel**<br>**Location: 408 Western Lake Drive, Rosemary Beach FL 32461** | **Fla. Const. art. X, § 4(a)(2)** | **650.00** | **650.00** |
| **Furs and Jewelry**<br>**platinum wedding band** | **Fla. Const. art. X, § 4(a)(2)**<br>**Fla. Stat. Ann. § 222.25(4)** | **900.00**<br>**400.00** | **1,300.00** |
| **Interests in Insurance Policies**<br>**Lincoln Financial Whole Life Insurance Policy**<br>**Insureds:  Debtor and non-debtor spouse**<br>**Owner and Beneficiary:  The Michael and Julie Chrisley Irrevocable Trust** | **Fla. Stat. Ann. § 222.14**<br>**11 U.S.C. § 522(b)(3)(B)** | **0.00**<br>**0.00** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2010 Landrover Range Rover**<br>**Vin #SALMFIE47AA314217**<br>**34,331 miles** | **Fla. Stat. Ann. § 222.25(1)**<br>**11 U.S.C. § 522(b)(3)(B)**<br>**Fla. Stat. Ann. § 222.25(4)** | **1,000.00**<br>**25,713.98**<br>**2,950.00** | **68,050.00** |

|  | Total: | **31,713.98** | **70,100.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re   **Michael Todd Chrisley**          Case No.   **12-31216**

                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx31-10**<br><br>**Athens First**<br>**PO Box 1747**<br>**Athens, GA 30603** | X | - | Line of credit<br><br>**Chrisley Asset Management, LLC**<br>**3340 Peactree Road, Suite 1100**<br>**Atlanta, GA 30326**<br>**Debtor owns 10%** | | | | | |
| | | | Value $       **Unknown** | | | | **491,796.73** | **Unknown** |
| Account No.<br><br>**Athens First**<br>**PO Box 1747**<br>**Athens, GA 30603** | X | - | Line of credit<br>**Chrisley Asset Management, LLC**<br>**3340 Peactree Road, Suite 1100**<br>**Atlanta, GA 30326**<br>**Debtor owns 10%**<br>**(Lost only contract with Fannie Mae a/o**<br>**11/12)** | | | | | |
| | | | Value $       **Unknown** | | | | **3,464,701.15** | **Unknown** |
| Account No. **Notice only**<br><br>**Community Management Associates**<br>**1465 Northside Drive, Ste 128**<br>**Atlanta, GA 30318** | | - | Homeowners Association Dues<br><br>**2500 Peachtree Rd, Unit 505**<br>**Atlanta, GA 30308** | | | | | |
| | | | Value $    **750,000.00** | | | | **80,000.00** | **80,000.00** |
| Account No. **xx-xxxx-xxxx-178-9**<br><br>**Fulton County Tax Collector**<br>**141 Pryor Street SW**<br>**Atlanta, GA 30303** | | - | Property Taxes<br><br>**4015 Anson Ave**<br>**Alpharetta, GA 30022** | | | | | |
| | | | Value $    **378,000.00** | | | | **4,856.00** | **0.00** |

  **3**  continuation sheets attached

Subtotal<br>(Total of this page)       **4,041,353.88**      **80,000.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **Michael Todd Chrisley** _____ ,    Case No.    **12-31216** _____

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Notice only** <br><br> **Glenayre Homeowners Assn** <br> **4020 Heatherwood Way** <br> **Roswell, GA 30075** | | - | Homeowners Association Dues <br><br> **5000 Heatherwood Ct** <br> **Roswell, GA 30075** <br><br><br> Value $      **1,900,000.00** | | | | 0.00 | 0.00 |
| Account No. **xxxxxx5008** <br><br> **JP Morgan Chase Bank, N.A.** <br> **6716 Grade Lane** <br> **Bldg 9, Suite 910** <br> **Louisville, KY 40213** | | - | First Mortgage <br><br> **5000 Heatherwood Ct** <br> **Roswell, GA 30075** <br><br><br> Value $      **1,900,000.00** | | | | 3,900,000.00 | 2,000,000.00 |
| Account No. **xxxxxxx2110** <br><br> **JP Morgan Chase Bank, N.A.** <br> **6716 Grade Lane** <br> **Bldg 9, Suite 910** <br> **Louisville, KY 40213** | | - | Mortgage <br><br> **209 Belle Pines Ct** <br> **Seneca, SC 29678** <br><br><br> Value $      **1,098,000.00** | | | | 1,650,000.00 | 552,000.00 |
| Account No. <br><br> **JP Morgan Chase Bank, N.A.** <br> **6716 Grade Lane** <br> **Bldg 9, Suite 910** <br> **Louisville, KY 40213** | | - | Mortgage <br><br> **620 Peachtree Street, Unit 413** <br> **Atlanta, GA** <br><br><br> Value $      **85,000.00** | | | | 258,000.00 | 173,000.00 |
| Account No. **xxxxxx8977** <br><br> **JP Morgan Chase Bank, N.A.** <br> **6716 Grade Lane** <br> **Bldg 9, Suite 910** <br> **Louisville, KY 40213** | | - | Mortgage <br><br> **4015 Anson Ave** <br> **Alpharetta, GA 30022** <br><br><br> Value $      **378,000.00** | | | | 335,954.32 | 0.00 |

Sheet ___**1**___ of ___**3**___ continuation sheets attached to                      Subtotal         **6,143,954.32**       **2,725,000.00**
Schedule of Creditors Holding Secured Claims                        (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Michael Todd Chrisley**,                  Case No. __12-31216__
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx1007<br><br>**Land Rover Financial**<br>PO Box 78069<br>Phoenix, AZ 85062 | X | - | 2010 Landrover Range Rover Vin #SALMFIE47AA314217 34,331 miles<br><br>Value $ 68,050.00 | | | | 37,736.02 | 0.00 |
| Account No.<br><br>**LNV Corporation**<br>c/o McCullough Payne & Haan, LLC<br>271 17th Street, NW Suite 2200<br>Atlanta, GA 30363-6213 | X | J | 9/30/2008<br><br>Second Mortgage<br><br>4015 Anson Ave<br>Alpharetta, GA 30022<br>Value $ 378,000.00 | | | | 150,000.00 | 112,810.32 |
| Account No.<br><br>**Midtown Bank**<br>712 W Peachtree Street<br>Atlanta, GA 30308 | X | - | 5/7/2007<br><br>Second Mortgage<br><br>5000 Heatherwood Ct<br>Roswell, GA<br>Value $ 1,900,000.00 | | | | 2,000,000.00 | 2,000,000.00 |
| Account No.<br><br>**Rialto Capital Advisors, LLC**<br>730 NW 107th Avenue #400<br>Miami, FL 33172 | X | - | Third Mortgage<br><br>5000 and 5010 Heatherwood Ct Roswell, GA<br><br>Value $ 1,900,000.00 | | | | 1,000,000.00 | 1,000,000.00 |
| Account No. xxxxxx0761<br><br>**United Community Bank**<br>PO Box 159<br>Dawsonville, GA 30534 | X | - | Mortgage<br><br>Select Real Estate Holdings, LLC Office Building 11539 Park Woods Circle, #401 Alpharetta, GA 30005 (owns building with negative equity)<br>Value $ 0.00 | | | | 229,352.17 | 229,352.17 |

Sheet __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  3,417,088.19  3,342,162.49

Case 12-31216-KKS Doc 9 Filed 09/14/12 Page 12 of 53

B6D (Official Form 6D) (12/07) - Cont.

In re **Michael Todd Chrisley** ,     Case No. **12-31216**

                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | J | C | | | | | | |
| Account No. | | | | | Second Mortgage | | | | | |
| **Wells Fargo** **PB 660455** **Dallas, TX 75266-0455** | - | | | | **2500 Peachtree Rd, Unit 505** **Atlanta, GA 30308** | | | | | |
| | | | | | Value $ **750,000.00** | | | | 1,100,000.00 | 350,000.00 |
| Account No. **Notice only** | | | | | Homeowners Association Dues | | | | | |
| **Windsor Over Peachtree COA, Inc.** **c/o Team Management, LLC** **PO Box 670177** **Marietta, GA 30066** | J | | | | **620 Peachtree Street, Unit 413** **Atlanta, GA** | | | | | |
| | | | | | Value $ **85,000.00** | | | | 1,781.20 | 1,781.20 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,101,781.20 | 351,781.20 |
| Total (Report on Summary of Schedules) | 14,704,177.59 | 6,498,943.69 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re   **Michael Todd Chrisley**                                          ,        Case No. _____12-31216_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **Michael Todd Chrisley**                                          ,        Case No.   **12-31216**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **Notice only**<br><br>Fulton County Tax Collector<br>141 Pryor Street<br>Atlanta, GA 30303 | - | | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | - | | | | 11/29/10<br><br>Form 1040 - tax year 2009 | | | | 595,227.96 | 87,911.99 | 507,315.97 |
| Account No. **Notice only**<br><br>Oconee County Tax Collector<br>PO Box 494<br>Walhalla, SC 29691 | - | | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. **Notice only**<br><br>Walton County Tax Collector<br>PO Box 510<br>Defuniak Springs, FL 32435 | - | | | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to | Subtotal | 87,911.99 | |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 595,227.96 | 507,315.97 |
| | Total | 87,911.99 | |
| | (Report on Summary of Schedules) | 595,227.96 | 507,315.97 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __Michael Todd Chrisley__ , Case No. __12-31216__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | Credit card debt | | | | |
| American Express PO Box 650448 Dallas, TX 75265-0448 | | | | | | | | | 8,288.59 |
| Account No. xx4327 | | | - | | Miscellaneous goods and services | | | | |
| Apex PO Box 1537 Columbus, GA 31902-1537 | | | | | | | | | 133.45 |
| Account No. | | | - | | Credit card debt | | | | |
| Athens First Card Services PO Box 2181 Columbus, GA 31902 | | | | | | | | | 13,014.78 |
| Account No. | | | - | | Potential personal liability for business debt | | | | |
| Auto Express Financing, LLC 10945 State Bridge Road, #401-300 Alpharetta, GA 30022 | | | | | | | | X | Unknown |

__9__ continuation sheets attached

Subtotal
(Total of this page) | 21,436.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Todd Chrisley**                                        ,          Case No.  **12-31216**

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential personal deficiency for property located at 143 Seaside Ave, Santa Rosa, Beach, FL | | | | |
| Bank of America 100 North Tryon Street, 18th floor Charlotte, NC 28255 | | - | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Potential personal deficiency for property located at 1067 Corsica Drive, Pacific Palisades, CA | | | | |
| Bank of America 100 North Tryon Street, 18th floor Charlotte, NC 28255 | | - | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Legal fees | | | | |
| Bloom Law 977 Ponce de Leon Avenue, NE Atlanta, GA 30306 | | - | | | | | |
| | | | | | | | **31,960.98** |
| Account No. | | | Contract dispute | | | | |
| Brendan & Ruth Roche c/o George Hynick, Esquire 5000 N Parkway Calabasas #219 Calabasas, CA 91302 | X | - | | X | X | X | |
| | | | | | | | **800,000.00** |
| Account No. | | | Legal fees | | | | |
| Bryan M. Knight Knight Johnson, LLC One Midtown Plaza 1360 Peachtree Street #1201 Atlanta, GA 30309 | | - | | | | | |
| | | | | | | | **30,000.00** |

Sheet no.  **1**   of  **9**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**861,960.98**

Case 13-56132-smg Doc 9 Filed 09/14/12 Entered 02/22/13 07:35:43 Desc Main
Case 12-31216-KKS Doc 9 Filed 09/14/12 Page 17 of 53
Document    Page 17 of 53

9/14/12 1:21PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Todd Chrisley** ,                                    Case No.  **12-31216**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chamberlain Hrdicka and White<br>191 Peachtree Street NE 34th Floor<br>Atlanta, GA 30303 | - | | Legal fees | | | | 12,250.00 |
| Account No.<br><br>Chrisley Asset Management, LLC<br>3340 Peachtree Road, #1100<br>Atlanta, GA 30326 | - | | Potential personal liability for business debt | | | X | Unknown |
| Account No.<br><br>City of Alpharetta<br>2 S Main Street<br>Alpharetta, GA 30009 | - | | Notice only | | | | 0.00 |
| Account No.<br><br>Embassy National Bank<br>1817 N Brown Road<br>Lawrenceville, GA 30043 | - | | 9/15/2009<br>Potential personal liability for business debt | X | X | X | 278,000.00 |
| Account No. xxxxxxxx3884<br><br>Forrest General Hospital<br>c/o Credit Bureau Central<br>PO Box 1529<br>1208 West Pine Street<br>Hattiesburg, MS 39403 | - | | Medical services for minor son | | | | 8,544.68 |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **298,794.68**

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael Todd Chrisley__ ,     Case No. __12-31216__
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fulton County Clerk of Superior Court Cost Collection**<br>**136 Pryor Street, SW**<br>**Atlanta, GA 30303** | | - | **Court costs** | | | | 2,627.25 |
| Account No. **xx-xxxx-xxxx-080-3**<br><br>**Fulton County Tax Collector**<br>**141 Pryor Street**<br>**Atlanta, GA 30303** | | - | **2012**<br>**5010 Heatherwood Ct**<br>**Roswell, GA 30075**<br>**Vacant lot in the name of Chrisley Family Trust** | | | | 4,733.14 |
| Account No.<br><br>**Georgia Federal Credit Union**<br>**6705 Sugarloaf Parkway #100**<br>**Duluth, GA 30097** | X | - | **1/14/2009**<br>**Condo Unit #2108 The Gallery**<br>**2795 Peachtree Road**<br>**Atlanta, GA 30308** | | | | **Unknown** |
| Account No. **Notice only**<br><br>**Glenayre Homeowners Assn**<br>**4020 Heatherwood Way**<br>**Roswell, GA 30075** | X | - | **5010 Heatherwood Ct**<br>**Roswell, GA 30075**<br>**Vacant lot in the name of Chrisley Family Trust** | | | | 0.00 |
| Account No.<br><br>**Greenberg Traurig Forum**<br>**3290 Northside Pkwy #400**<br>**Atlanta, GA 30327** | | - | **Legal fees** | | | | 95,573.82 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                             (Total of this page)     102,934.21

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Todd Chrisley** , Case No. **12-31216**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Potential personal liability for business debt Re: Breach of contract - see SOFA #4 | | | | |
| HFP Group, LLC c/o Daniel L. Goodkin, Esquire 1880 Century Park East, #1018 Los Angeles, CA 90067 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Legal fees | | | | |
| Jason Fisher Go Fish Enterprises West 9th Street #535 Los Angeles, CA 90015 | - | | | | | | |
| | | | | | | | 22,634.00 |
| Account No. | | | Loan | | | | |
| Julie Chrisley 5010 Heatherwood Court Roswell, GA 30075 | - | | | | | | |
| | | | | | | | 4,400,000.00 |
| Account No. | | | Potential personal liability for business debt | | | | |
| LKC, LLC 10945 State Bridge Road Alpharetta, GA 30022 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. xxxxxx6185 | | | Potential Personal Deficiency | | | | |
| LNV 15770 Dallas Pkwy LB65 Dallas, TX 75248 | - | | | | | | |
| | | | | | | | Unknown |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,422,634.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Todd Chrisley** _____ ,    Case No.  **12-31216** _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx6060** <br><br>**LNV**<br>**15770 Dallas Pkwy LB65**<br>**Dallas, TX 75248** | | - | | Potential Personal Deficiency | | | | 499,225.94 |
| Account No. **xxxxxx6136** <br><br>**LNV**<br>**15770 Dallas Pkwy LB65**<br>**Dallas, TX 75248** | | - | | Potential Personal Deficiency | | | | 100,000.00 |
| Account No. **xxxxxx6078** <br><br>**LNV**<br>**15770 Dallas Pkwy LB65**<br>**Dallas, TX 75248** | | - | | Potential Personal Deficiency | | | | 499,564.59 |
| Account No. <br><br>**LNV Corporation**<br>**c/o McCullough Payne & Haan, LLC**<br>**271 17th Street, NW Suite 2200**<br>**Atlanta, GA 30363-6213** | X | - | | 9/30/2008<br>Judgment | | | | 230,000.00 |
| Account No. <br><br>**Lot 46 Watersound, LLC**<br>**10945 State Bridge Road, #401-300**<br>**Alpharetta, GA 30022** | | - | | Potential personal liability for business debt | | | X | Unknown |
| Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | | 1,328,790.53 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Todd Chrisley**                                                                    Case No.   __12-31216__
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mann Law Firm<br>Century Park East #1900<br>Los Angeles, CA 90067** | | - | Legal fees | | | | 16,078.87 |
| Account No. <br><br>**Mark Stephen Braddock<br>3340 Peachtree Road, #1100<br>Atlanta, GA 30326** | | - | Potential personal liability for business debt | X | X | X | **Unknown** |
| Account No. <br><br>**Michael Todd Desgins, LLC<br>10945 State Bridge Road, #401-300<br>Alpharetta, GA 30022** | | - | Potential personal liability for business debt | | | X | **Unknown** |
| Account No. xxxxx1108 <br><br>**Midtown Bank<br>712 W Peachtree Street<br>Atlanta, GA 30308** | X | - | Judgment | | | | 15,000.00 |
| Account No. xxxxx1102 <br><br>**Midtown Bank<br>712 W Peachtree Street<br>Atlanta, GA 30308** | X | - | Line of Credit  for Select Real Estate | | | | 214,167.95 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **245,246.82**

Case 13-56132-smg    Doc 9    Filed 09/14/12    Entered 09/28/13 07:35:43    Desc Main
Case 12-31216-KKS    Doc 9    Filed 09/14/12    Page 22 of 53
Document        Page 22 of 53

9/14/12  1:21PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Todd Chrisley**                                           ,        Case No.   __12-31216__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MJ&H** <br>**4475 Legendary Drive** <br>**Destin, FL 32541** | X - | | **Fee for review of Settlement Agreement with State Bank** | | | | **2,548.38** |
| Account No. **x-xxx9620** <br><br>**National Registered Agents, Inc.** <br>**PO Box 12432** <br>**Newark, NJ 07101-3532** | - | | **Miscellaneous business goods and services** | | | | **567.00** |
| Account No. **x-xxx9622** <br><br>**National Registered Agents, Inc.** <br>**PO Box 12432** <br>**Newark, NJ 07101-3532** | - | | **Miscellaneous business goods and services** | | | | **567.00** |
| Account No. <br><br>**Regions Financial Corp f/k/a Integrity** <br>**250 Riverchase Pkwy East** <br>**Birmingham, AL 35244** | X - | | **Personal guarantee on two lines of credit** | | | | **1,000,000.00** |
| Account No. <br><br>**RES-GA Buckhead, LLC** <br>**c/o Andrea L. Pawlak, Esquire** <br>**260 Peachtree Street #2700** <br>**Atlanta, GA 30303** | X - | | **Multiple loan defaults-Summary Judgment** | | | | **23,257,416.00** |

Sheet no. __7__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,261,098.38**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Todd Chrisley**                                      Case No. **12-31216**
_____,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rialto Capital Advisors, LLC**<br>**730 NW 107th Avenue #400**<br>**Miami, FL 33172** | X | - | **7/28/2004**<br>**Same loan defaults as RES-GA Buckhead, LLC listed above** | | | | **Unknown** |
| Account No.<br><br>**Rinik Homes, Inc.**<br>**c/o Kevin Rinik**<br>**4190 Iron Duke Court**<br>**Duluth, GA 30097** | | - | **Judgment** | | | | **117,500.00** |
| Account No.<br><br>**Select Real Estate Holdings, LLC**<br>**10945 State Bridge Road, #401-300**<br>**Alpharetta, GA 30022** | | - | **Potential personal liability for business debt** | | | X | **Unknown** |
| Account No.<br><br>**South Fulton Land Investments, LLC**<br>**10945 State Bridge Road, #401-300**<br>**Alpharetta, GA 30022** | | - | **Potential personal liability for business debt** | | | X | **Unknown** |
| Account No.<br><br>**State Bank & Trust Company**<br>**c/o Jack G. Williams, Esquire**<br>**502 Harmon Avenue**<br>**Panama City, FL 32401** | X | - | **Judgment** | | | | **1,200,000.00** |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,317,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Todd Chrisley**                                    ,    Case No. __**12-31216**__
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1930**<br><br>**United Community Bank**<br>**PO Box 159**<br>**Dawsonville, GA 30534** | X | - | **5010 Heatherwood Ct**<br>**Roswell, GA 30075**<br>**Vacant lot in the name of Chrisley Family Trust** | | | | **1,290,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**9**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **1,290,000.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **34,150,396.42** |

B6G (Official Form 6G) (12/07)

In re  **Michael Todd Chrisley**                                                    , Case No. ___**12-31216**_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Watercolor Retreat LLC**<br>**c/o Mark Braddock**<br>**12635 Lighthouse Point CT**<br>**Alpharetta, GA 30022** | **Residential Tenancy Agreement for property**<br>**located at 408 Western Lake Drive**<br>**5 year lease commencing 5/2010** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Michael Todd Chrisley** _____,  Case No. ___**12-31216**___
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Auto Express Financing, LLC** | **LNV Corporation**<br>**c/o McCullough Payne & Haan, LLC**<br>**271 17th Street, NW Suite 2200**<br>**Atlanta, GA 30363-6213** |
| **Chrisley Asset Management, LLC** | **Athens First**<br>**PO Box 1747**<br>**Athens, GA 30603** |
| **Chrisley Asset Management, LLC** | **LNV Corporation**<br>**c/o McCullough Payne & Haan, LLC**<br>**271 17th Street, NW Suite 2200**<br>**Atlanta, GA 30363-6213** |
| **Chrisley Asset Management, LLC** | **Midtown Bank**<br>**712 W Peachtree Street**<br>**Atlanta, GA 30308** |
| **Chrisley Asset Management, LLC** | **Regions Financial Corp f/k/a Integrity**<br>**250 Riverchase Pkwy East**<br>**Birmingham, AL 35244** |
| **Chrisley Asset Management, LLC** | **LNV Corporation**<br>**c/o McCullough Payne & Haan, LLC**<br>**271 17th Street, NW Suite 2200**<br>**Atlanta, GA 30363-6213** |
| **Chrisley Asset Management, LLC** | **Georgia Federal Credit Union**<br>**6705 Sugarloaf Parkway #100**<br>**Duluth, GA 30097** |
| **Chrisley Family Trust** | **Rialto Capital Advisors, LLC**<br>**730 NW 107th Avenue #400**<br>**Miami, FL 33172** |
| **Chrisley Family Trust** | **Midtown Bank**<br>**712 W Peachtree Street**<br>**Atlanta, GA 30308** |
| **Chrisley Family Trust** | **United Community Bank**<br>**PO Box 159**<br>**Dawsonville, GA 30534** |
| **Chrisley Family Trust** | **Rialto Capital Advisors, LLC**<br>**730 NW 107th Avenue #400**<br>**Miami, FL 33172** |

**2**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re  **Michael Todd Chrisley**                                                              ,          Case No.  __12-31216__

                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Chrisley Family Trust** | **Glenayre Homeowners Assn**<br>**4020 Heatherwood Way**<br>**Roswell, GA 30075** |
| **Chrisley Family Trust** | **RES-GA Buckhead, LLC**<br>**c/o Andrea L. Pawlak, Esquire**<br>**260 Peachtree Street #2700**<br>**Atlanta, GA 30303** |
| **Julie Marie Chrisley** | **Land Rover Financial**<br>**PO Box 78069**<br>**Phoenix, AZ 85062** |
| **LKC, LLC** | **Athens First**<br>**PO Box 1747**<br>**Athens, GA 30603** |
| **LKC, LLC** | **LNV Corporation**<br>**c/o McCullough Payne & Haan, LLC**<br>**271 17th Street, NW Suite 2200**<br>**Atlanta, GA 30363-6213** |
| **LKC, LLC** | **Brendan & Ruth Roche**<br>**c/o George Hynick, Esquire**<br>**5000 N Parkway Calabasas #219**<br>**Calabasas, CA 91302** |
| **LKC, LLC** | **RES-GA Buckhead, LLC**<br>**c/o Andrea L. Pawlak, Esquire**<br>**260 Peachtree Street #2700**<br>**Atlanta, GA 30303** |
| **LKC, LLC** | **Rialto Capital Advisors, LLC**<br>**730 NW 107th Avenue #400**<br>**Miami, FL 33172** |
| **Lot 46 Watersound, LLC** | **State Bank & Trust Company**<br>**c/o Jack G. Williams, Esquire**<br>**502 Harmon Avenue**<br>**Panama City, FL 32401** |
| **Lot 46 Watersound, LLC** | **MJ&H**<br>**4475 Legendary Drive**<br>**Destin, FL 32541** |
| **Michael Todd Designs, LLC** | **LNV Corporation**<br>**c/o McCullough Payne & Haan, LLC**<br>**271 17th Street, NW Suite 2200**<br>**Atlanta, GA 30363-6213** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Case 13-56182-sms   Doc 9   Filed 09/14/12   Entered 02/22/13 07:35:43   Desc Main
Case 12-31216-KKS   Doc 9   Filed 09/14/12   Page 28 of 53
Document      Page 28 of 53

9/14/12  1:21PM

In re   **Michael Todd Chrisley**                ,      Case No.   **12-31216**

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Todd Designs, LLC** | **Brendan & Ruth Roche**<br>c/o George Hynick, Esquire<br>5000 N Parkway Calabasas #219<br>Calabasas, CA 91302 |
| **Select Real Estate LLC** | **United Community Bank**<br>PO Box 159<br>Dawsonville, GA 30534 |
| **Select Real Estate LLC** | **Midtown Bank**<br>712 W Peachtree Street<br>Atlanta, GA 30308 |
| **South Fulton Land Investments, LLC**<br>10945 State Bridge Road, #401-300<br>Alpharetta, GA 30022 | **RES-GA Buckhead, LLC**<br>c/o Andrea L. Pawlak, Esquire<br>260 Peachtree Street #2700<br>Atlanta, GA 30303 |
| **South Fulton Land Investments, LLC**<br>10945 State Bridge Road, #401-300<br>Alpharetta, GA 30022 | **Rialto Capital Advisors, LLC**<br>730 NW 107th Avenue #400<br>Miami, FL 33172 |

Sheet  **2**   of  **2**   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Michael Todd Chrisley**        Case No.   **12-31216**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son**<br>**Son** | AGE(S):<br>**15**<br>**16**<br>**21**<br>**6** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **CEO** | **Real Estate Executive** |
| Name of Employer | **Chrisley Asset Management, LLC** | **Chrisley Asset Mgmt/Select Real Estate** |
| How long employed | **7 years** | **7 years** |
| Address of Employer | **3340 Peachtree Road, Suite 1100**<br>**Atlanta, GA 30326** | **3340 Peachtree Road, Suite 1100**<br>**Atlanta, GA 30326** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 10,658.28 | $ | 63,949.69 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 10,658.28 | $ | 63,949.69 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 10,658.28 | $ | 63,949.69 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 812.50 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 812.50 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 10,658.28 | $ | 64,762.19 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | 75,420.47 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Chrisley Asset Management's only contract (with Fannie Mae) is cancelled as on November, 2012.**

Case 13-56182-smg-3 Doc 9-1 Filed 09/14/12 Entered 02/22/13 07:35:43 Desc Main
Case 12-31216-KKS Doc 9 Filed 09/14/12 Page 30 of 53
Document    Page 30 of 53

9/14/12 1:21PM

B6J (Official Form 6J) (12/07)

In re  **Michael Todd Chrisley** _____    Case No.  **12-31216** _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,500.00 |
| a. Are real estate taxes included? | Yes ___    No **X** | |
| b. Is property insurance included? | Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 2,597.70 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 620.98 |
| d. Other  **Cable** | | $ 400.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 4,000.00 |
| 4. Food | | $ 2,400.00 |
| 5. Clothing | | $ 2,500.00 |
| 6. Laundry and dry cleaning | | $ 1,200.00 |
| 7. Medical and dental expenses | | $ 1,000.00 |
| 8. Transportation (not including car payments) | | $ 1,000.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 1,500.00 |
| 10. Charitable contributions | | $ 5,000.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 827.25 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 887.52 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    **See Detailed Expense Attachment** | | $ 10,972.75 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 2,507.06 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  **See Detailed Expense Attachment** | | $ 38,860.70 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 78,773.96 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Debtor's monthly expenses are paid out of an account in the name of Chrisley and Company, LLC.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ 75,420.47 |
| b.    Average monthly expenses from Line 18 above | $ 78,773.96 |
| c.    Monthly net income (a. minus b.) | $ -3,353.49 |

**B6J (Official Form 6J) (12/07)**

In re    **Michael Todd Chrisley**                                         Case No.    **12-31216**
                                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| **IRS personal income tax** | $ | **4,172.75** |
| **Real property taxes** | $ | **3,200.00** |
| **IRS delinquent tax payments** | $ | **3,600.00** |
| **Total Tax Expenditures** | $ | **10,972.75** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Mortgage 4015 Anson** | $ | **2,742.45** |
| **Mortgage 5000 Heatherwood** | $ | **23,561.30** |
| **Mortgage 620 Peachtree** | $ | **875.63** |
| **Mortgage 209 Belle Pines Ct** | $ | **8,000.00** |
| **Pest control** | $ | **122.82** |
| **HOA fees** | $ | **1,287.50** |
| **Lawn and pool maintenance** | $ | **2,271.00** |
| **Total Other Expenditures** | $ | **38,860.70** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Florida

In re  **Michael Todd Chrisley**                                            Case No.   **12-31216**
_____          Chapter   **7**
                                      Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **31**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 14, 2012**               Signature   **/s/ Michael Todd Chrisley**
                                                        **Michael Todd Chrisley**
                                                        Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Florida

In re  **Michael Todd Chrisley**                                 Case No.  **12-31216**
_____                 Chapter  **7**
                              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$85,266.24** | **2012 YTD: Debtor Chrisley Asset Management, LLC** |
| **$233,537.00** | **2011: Debtor Chrisley Asset Management, LLC** |
| **$1,441,100.00** | **2010: Debtor Chrisley Asset Management, LLC** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

**None** ☑  *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Watercolor Retreat LLC**<br>**c/o Mark Braddock**<br>**12635 Lighthouse Point CT**<br>**Alpharetta, GA 30022** | **Rental 6/12 7/12 8/12** | **$7,500.00** | **$0.00** |
| **Land Rover Financial**<br>**PO Box 78069**<br>**Phoenix, AZ 85062** | **6/12 7/12 8/12** | **$7,521.18** | **$37,736.02** |
| **JP Morgan Chase Bank, N.A.**<br>**6716 Grade Lane**<br>**Bldg 9, Suite 910**<br>**Louisville, KY 40213** | **6/12 7/12 8/12** | **$8,227.35** | **$335,954.32** |

**None** ☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **2500 Peachtree Condominium Assn, Inc. v Michael Todd Chrisley as Trustee**<br>**Case #2012cv217855** | **Foreclosure** | **Superior Court of Fulton County, GA**<br>**136 Pryor Street, Rm C-103, Atlanta, GA 30303** | **Pending** |
| **Brendan Roche v Chrisley**<br>**Case #SC037367** | **Breach of contract** | **Superior Court**<br>**Ventura County, CA** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **D. Stanley Dixon v Michael Todd Chrisley Case #2010cv192372** | **Breach of Contract** | **Superior Court of Fulton County, GA** | **Dismissed with Prejudice 9/14/11** |
| **HFP Group, LLC v Michael Todd Chrisley Case #BC460607** | **Breach of Contract** | **Superior Court of California Los Angeles County** | **Settled** |
| **LNV Corp. v Chrisley Asset Mgmt., et al. Case #11C-00847-4** | **Breach of Contract** | **State Court of Gwinnett County, GA** | **Judgment** |
| **Michael T. Chrisley v Wells Fargo Bank, NA Case #11-cv-01126-CC** | **Quiet title** | **US District Court for ND of Georgia Atlanta Division** | **Pending** |
| **Michael Todd Chrisley as Trustee v Bank of America, NA Case #BC454448** | **Breach of Contract re Short Sale** | **Superior Court of California Los Angeles County, CA** | **Dismissed** |
| **RES-GA Buckhead, LLC v Michael Todd Chrisley et al. Case #2010cv193217** | **Breach of contract** | **Superior Court of Fulton County, GA** | **Order Granting MSJ 5/24/12** |
| **State Bank & Trust Company v Michael Todd Chrisley Case #2010cv189834** | **Foreclosure** | **Superior Court of Fulton County, GA** | **FJ 3/15/2011** |
| **State Bank & Trust Company v Lot 46 Watersound, LLC et al. Case #2010CA000847** | **Breach of Contract** | **Circuit Court of 1st Judicial Circuit for Walton County, FL** | **FJ 8/7/12** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Case 13-56182-smg Doc 9 Filed 09/14/12 Entered 02/22/13 07:35:43 Desc Main
Document Page 36 of 53
Case 12-32116-KKS Doc 9 Filed 09/14/12 Page 36 of 53
9/14/12 1:21PM

4

None ☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Leland Nicholson**<br>**3340 W Peachtree Road**<br>**Atlanta, GA** | **Fulton County Superior Copurt**<br>**Case #2012-cv-219963** | | **Chrisley Asset Management** |

---

### 7. Gifts

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Enoch Ministeries Inc.**<br>**649 Butts Mill Road**<br>**Pine Mountain, GA 31822** | **None** | **9/15/11** | **Welsh Pony $60,000** |

---

### 8. Losses

None ☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Jewelry $400,000** | **Insurance Policy**<br>**Per 5/22/1996 Prenuptial Agreement, jewelry belonged to wife , however, insurance policy in Debtor's and non-debtor spouse's name which covered the lost jewelry so check was payable to Debtor and non-debtor spouse.  Accordingly, the Debtor signed the check over to the wife.** | **2011** |

---

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Furr & Cohen**<br>**2255 Glades Rd.**<br>**Suite 337W**<br>**Boca Raton, FL 33431** | **6/15/2012 Julie Hughes (wife)** | **$25,000.00** |

Case 13-56182-sms   Doc 9   Filed 09/14/12   Entered 02/22/13 07:35:43   Desc Main
Case 2-3-216-KKS   Doc 9   Filed 09/14/12   Page 37 of 53
Document         Page 37 of 53
9/14/12  1:21PM

5

### 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Third Party - Short Sale** | **8/12** | **1067 Corsica Drive**<br>**Pacific Pallasades, CA 90272**<br>**Short sale 8/12** |

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Chase**<br>**PO Box 260180**<br>**Baton Rouge, LA 70826** | **4893373608** | **5/18/11-Joint account closed. Julie Hughes new account holder.** |

### 12. Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ☐  List all property owned by another person that the debtor holds or controls.

Case 13-56182-smg    Doc 9    Filed 09/14/12    Entered 02/22/13 07:35:43    Desc Main
Case 12-37216-KKS    Doc 9    Filed 09/14/12    Page 38 of 53
Document        Page 38 of 53
9/14/12  1:21PM

6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Julie Chrisley | Per Prenuptial Agreement 5/22/96, all miscellaneous personal property and household goods and furnishings are wife's property. | Debtor's Residence |

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 143 Seaside Avenue Santa Rosa Beach, FL 32459 | Todd Chrisley | 2008-June 2010 |

---

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Case 13-56182-sms-3 Doc 9 Filed 09/14/12 Entered 02/22/13 07:35:43 Desc Main
Case 12-37216-KKS Doc 9 Filed 09/14/12 Page 39 of 53 Document Page 39 of 53

9/14/12 1:21PM

7

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Auto Express Financing, LLC** | | **5000 Heatherwood Court Roswell, GA 30075** | **Automotive Financing** | **3/9/2007-3/31/2010** |
| **Chrisley and Company, LLC** | **9243** | **5000 Heatherwood Court Roswell, GA 30075** | **Holding Company** | **9/21/07-2012** |
| **Chrisley Asset Management, LLC** | **1156** | **11539 Park Woods Circle Alpharetta, GA 30005** | **Real Estate Management** | **11/3/2003-current** |
| **Jubilee Investments, LLC** | | **5000 Heatherwood Court Roswell, GA 30075** | **Never operated** | **4/17/2000-7/9/2005** |
| **LKC, LLC** | | **5000 Heatherwood Court Roswell, GA 30075** | **Real Estate** | **12/28/2001-9/24/10** |
| **Lot 46 Watersound, LLC** | | **5000 Heatherwood Court Roswell, GA 30075** | **Single Asset Real Estate** | **9/12/2006-2/18/2011** |
| **Michael Todd Designs, LLC** | | **5000 Heatherwood Court Roswell, GA 30075** | **Interior Design** | **2/10/2003-1/28/2011** |
| **Select Real Estate Holdings, LLC** | **3943** | **11539 Park Woods Circle, Ste 401 Alpharetta, GA 30005** | **Real Estate** | **3/22/04-8/19/11** |
| **South Fulton Land Investments, LLC** | | **10945 State Bridge Road #401-300 Alpharetta, GA 30022** | **Real Estate** | **11/16/06-2/18/11** |

None     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Grimsley and Company, CPA PA** | **2008 through present** |
| **1708 Metropolitan Blv d** | |
| **Tallahassee, FL 32308** | |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Grimsley and Company, CPA PA** | **1708 Metropolitan Blv d** | **2008 to current** |
| | **Tallahassee, FL 32308** | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Grimsley and Company, CPA PA** | **1708 Metropolitan Blv d** |
| **2008 to current** | **Tallahassee, FL 32308** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Unknown** | |

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

9

---

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **September 14, 2012**                Signature   **/s/ Michael Todd Chrisley**
                                                        **Michael Todd Chrisley**
                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Florida

In re    **Michael Todd Chrisley**                              Case No.    **12-31216**

                                  Debtor(s)                 Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Community Management Associates** | **Describe Property Securing Debt:**<br>**2500 Peachtree Rd, Unit 505**<br>**Atlanta, GA 30308** |
|---|---|

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt        ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**JP Morgan Chase Bank, N.A.** | **Describe Property Securing Debt:**<br>**5000 Heatherwood Ct**<br>**Roswell, GA 30075** |
|---|---|

Property will be (check one):
- □ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- ■ Other. Explain **continue making payments** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt        ■ Not claimed as exempt

---

B8 (Form 8) (12/08)  
Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**JP Morgan Chase Bank, N.A.** | **Describe Property Securing Debt:**<br>**209 Belle Pines Ct**<br>**Seneca, SC 29678** |

Property will be (check one):

☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain   **continue making payments**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt         ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**JP Morgan Chase Bank, N.A.** | **Describe Property Securing Debt:**<br>**620 Peachtree Street, Unit 413**<br>**Atlanta, GA** |

Property will be (check one):

■ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt         ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**JP Morgan Chase Bank, N.A.** | **Describe Property Securing Debt:**<br>**4015 Anson Ave**<br>**Alpharetta, GA 30022** |

Property will be (check one):

☐ Surrendered         ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain   **continue making payments**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt         ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Land Rover Financial** | **Describe Property Securing Debt:**<br>**2010 Landrover Range Rover**<br>**Vin #SALMFIE47AA314217**<br>**34,331 miles** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**LNV Corporation** | **Describe Property Securing Debt:**<br>**4015 Anson Ave**<br>**Alpharetta, GA 30022** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain __**continue making payments**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Midtown Bank** | **Describe Property Securing Debt:**<br>**5000 Heatherwood Ct**<br>**Roswell, GA** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain __**continue making payments**__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

Case 13-56182-sms   Doc 9   Filed 09/14/12   Entered 02/22/13 07:35:43   Desc Main
Case 12-37216-KKS   Doc 9   Filed 09/14/12   Page 45 of 53
Document     Page 45 of 53

9/14/12  1:21PM

B8 (Form 8) (12/08)                                                                                          Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Rialto Capital Advisors, LLC** | **Describe Property Securing Debt:**<br>**5000 and 5010 Heatherwood Ct**<br>**Roswell, GA** |

Property will be (check one):

☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other.  Explain   **continue making payments**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo** | **Describe Property Securing Debt:**<br>**2500 Peachtree Rd, Unit 505**<br>**Atlanta, GA 30308** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

Case 13-56163-sms Doc 9 Filed 09/14/12 Entered 02/22/13 07:35:43 Desc Main
Case 12-37216-KKS Doc 9 Filed 09/14/12 Page 46 of 53
Document    Page 46 of 53

9/14/12  1:21PM

B8 (Form 8) (12/08)                                                                                      Page 5

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**Windsor Over Peachtree COA, Inc.** | **Describe Property Securing Debt:**<br>**620 Peachtree Street, Unit 413**<br>**Atlanta, GA** |

Property will be (check one):

 ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September 14, 2012**        Signature    **/s/ Michael Todd Chrisley**
                                                  **Michael Todd Chrisley**
                                                  Debtor

# United States Bankruptcy Court
### Northern District of Florida

| | | | |
|---|---|---|---|
| In re | **Michael Todd Chrisley** | Case No. | **12-31216** |
| | Debtor(s) | Chapter | **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September 14, 2012**          **/s/ Marc P. Barmat**
                                          **Marc P. Barmat 0022365**
                                          **Furr & Cohen**
                                          **2255 Glades Rd.**
                                          **Suite 337W**
                                          **Boca Raton, FL 33431**
                                          **561-395-0500  Fax: 561-338-7532**

---

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Florida

In re  **Michael Todd Chrisley**

Debtor(s)

Case No. **12-31216**

Chapter **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Michael Todd Chrisley** | X  **/s/ Michael Todd Chrisley** | **September 14, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known)  **12-31216** | X | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Case 13-56182-smg Doc 9 Filed 09/14/12 Entered 02/22/13 07:35:43 Desc Main
Case 12-31216-KKS Doc 9 Filed 09/14/12 Page 51 of 53
Document    Page 51 of 53

9/14/12 1:21PM

# United States Bankruptcy Court
## Northern District of Florida

| In re | **Michael Todd Chrisley** | | Case No. | **12-31216** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 14, 2012**                    **/s/ Michael Todd Chrisley**

**Michael Todd Chrisley**
Signature of Debtor

Michael Todd Chrisley
PO Box 611237
Rosemary Beach, FL 32461

Brendan Roche
c/o Robert S. Mann, Esquire
5000 N Parkway Calabasas, #219
Calabasas, CA 91302-1400

Fulton County Tax Collector
141 Pryor Street
Atlanta, GA 30303

Marc P. Barmat
Furr & Cohen
2255 Glades Rd.
Suite 337W
Boca Raton, FL 33431

Bryan M. Knight
Knight Johnson, LLC
One Midtown Plaza
1360 Peachtree Street #1201
Atlanta, GA 30309

Fulton County Tax Collector
141 Pryor Street SW
Atlanta, GA 30303

American Express
PO Box 650448
Dallas, TX 75265-0448

Chamberlain Hrdicka and White
191 Peachtree Street NE 34th Floor
Atlanta, GA 30303

Georgia Federal Credit Union
6705 Sugarloaf Parkway #100
Duluth, GA 30097

Apex
PO Box 1537
Columbus, GA 31902-1537

City of Alpharetta
2 S Main Street
Alpharetta, GA 30009

Glenayre Homeowners Assn
4020 Heatherwood Way
Roswell, GA 30075

Athens First
PO Box 1747
Athens, GA 30603

CLMG Corporation
7195 Dallas Pkwy
Plano, TX 75024

Greenberg Traurig Forum
3290 Northside Pkwy #400
Atlanta, GA 30327

Athens First Card Services
PO Box 2181
Columbus, GA 31902

Community Management Associates
1465 Northside Drive, Ste 128
Atlanta, GA 30318

HFP Group, LLC
c/o Daniel L. Goodkin, Esquire
1880 Century Park East, #1018
Los Angeles, CA 90067

Bank of America
100 North Tryon Street, 18th floor
Charlotte, NC 28255

Embassy National Bank
1817 N Brown Road
Lawrenceville, GA 30043

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Bloom Law
977 Ponce de Leon Avenue, NE
Atlanta, GA 30306

Forrest General Hospital
c/o Credit Bureau Central
PO Box 1529
1208 West Pine Street
Hattiesburg, MS 39403

Jason Fisher
Go Fish Enterprises
West 9th Street #535
Los Angeles, CA 90015

Brendan & Ruth Roche
c/o George Hynick, Esquire
5000 N Parkway Calabasas #219
Calabasas, CA 91302

Fulton County Clerk of Superior Court
Cost Collection
136 Pryor Street, SW
Atlanta, GA 30303

JP Morgan Chase Bank, N.A.
6716 Grade Lane
Bldg 9, Suite 910
Louisville, KY 40213

Julie  Chrisley
5010  Heatherwood  Court
Roswell,  GA  30075

MJ&H
4475  Legendary  Drive
Destin,  FL  32541

State  Bank  &  Trust  Company
c/o  Jack  G.  Williams,  Esquire
502  Harmon  Avenue
Panama  City,  FL  32401

Land  Rover  Financial
PO  Box  78069
Phoenix,  AZ  85062

National  Registered  Agents,  Inc.
PO  Box  12432
Newark,  NJ  07101-3532

Troy  R.  Covington,  Esquire
977  Ponce  de  Leon  Ave,  NE
Atlanta,  GA  30306

LNV
15770  Dallas  Pkwy  LB65
Dallas,  TX  75248

Oconee  County  Tax  Collector
PO  Box  494
Walhalla,  SC  29691

United  Community  Bank
PO  Box  159
Dawsonville,  GA  30534

LNV  Corporation
c/o  McCullough  Payne  &  Haan,  LLC
271  17th  Street,  NW  Suite  2200
Atlanta,  GA  30363-6213

Regions  Financial  Corp  f/k/a  Integrity
250  Riverchase  Pkwy  East
Birmingham,  AL  35244

Walton  County  Tax  Collector
PO  Box  510
Defuniak  Springs,  FL  32435

Mann  Law  Firm
Century  Park  East  #1900
Los  Angeles,  CA  90067

RES-GA  Buckhead,  LLC
c/o  Andrea  L.  Pawlak,  Esquire
260  Peachtree  Street  #2700
Atlanta,  GA  30303

Watercolor  Retreat  LLC
c/o  Mark  Braddock
12635  Lighthouse  Point  CT
Alpharetta,  GA  30022

Manning  &  Kass  etc  LLP
801  S.  Figueroa  Street  15th  Floor
Los  Angeles,  CA  90017-3012

RES-GA  Buckhead,  LLC
c/o  Robert  C.  Brand,  Jr.,  Esquire
1111  Bay  Avenue,  3rd  Floor
Columbus,  GA  31901

Wells  Fargo
PB  660455
Dallas,  TX  75266-0455

Mark  Stephen  Braddock
3340  Peachtree  Road,  #1100
Atlanta,  GA  30326

Rialto  Capital  Advisors,  LLC
730  NW  107th  Avenue  #400
Miami,  FL  33172

Windsor  Over  Peachtree  COA,  Inc
c/o  Team  Management,  LLC
PO  Box  670177
Marietta,  GA  30066

Mary  E.  Masi
Community  Assn  Mgr
2500  Peachtree  Road,  NW
Atlanta,  GA  30305

Rinik  Homes,  Inc.
c/o  Kevin  Rinik
4190  Iron  Duke  Court
Duluth,  GA  30097

Midtown  Bank
712  W  Peachtree  Street
Atlanta,  GA  30308

State  Bank
PO  Box  4748
Macon,  GA  31208