UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| **MICHAEL TODD CHRISLEY** | ) | **CASE NO. 12-31216-KKS** |
| a/k/a TODD CHRISLEY, | ) | **CHAPTER 7** |
| | ) | |
| **Debtor.** | ) | |

## MOTION TO RESCHEDULE HEARING

COMES NOW, Wells Fargo Bank, N.A. ("Wells Fargo") and moves the Court to reschedule a hearing on Wells Fargo's Motion to Quash and Objections to Third-Party Subpoena ("Motion") [Docket No. 70], respectfully showing this Court the following:

1.   Pending before the Court is Wells Fargo's Motion in response to a subpoena served by served by counsel for RES-GA Buckhead, LLC ("RES-GA").  The Motion is currently scheduled to be heard on December 19, 2012 at 9:00 AM. [Docket No. 96].

2.   Wells Fargo and RES-GA (collectively the "Parties") are continuing to address the issues in the Motion and request an additional continuance of the hearing currently scheduled for December 19, 2012.

3.   The Parties file this Motion to Reschedule Hearing for good cause, in good faith, and not for the purpose of delay.

WHEREFORE, Wells Fargo Bank, N.A. and RES-GA Buckhead, LLC respectfully request that the hearing on Wells Fargo's Motion to Quash and Objections to Third-Party Subpoena be rescheduled and for such other and further relief as justice and equity require.

This 17th day of December, 2012.

[SIGNATURE BLOCKS FOLLOW]

Submitted by:

/s/ Kevin A. Stine
Kevin A. Stine
Georgia Bar No. 682588
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, P.C.
Suite 1600, Monarch Plaza
3414 Peachtree Road, NE
Atlanta, GA 30326
Tel: (404) 577-600
Fax: (404) 238-9601
Email: Kstine@bakerdonelson.com

*Counsel for Wells Fargo Bank, N.A.*

/s/ Martha A. Miller
Martha A. Miller
Georgia Bar No. 507950
SCHULTEN WARD & TURNER, LLP
260 Peachtree Street, N.W.
Suite 2700
Atlanta, Georgia 30303
(404) 688-6800
mam@swtlaw.com

*Counsel for RES-GA Buckhead, LLC*

## CERTIFICATE OF SERVICE

This will certify that the undersigned served a true copy of the foregoing *Motion to Reschedule Hearing* on December 17, 2012 by CM/ECF upon the Registered Users listed below:

Marc Philip Barmat, Esq.
Furr and Cohen, P.A.
2255 Glades Road, Ste. 337W
Boca Raton, FL 33431

Sherry Chancellor, Trustee
Law Office of Sherry F. Chancellor
619 West Chase St.
Pensacola, FL 32502

Martha A. Miller, Esq.
Schulten Ward & Turner, LLP
260 Peachtree St. NW
Suite 2700
Atlanta, GA 30303

Submitted by:

*/s/ Kevin A. Stine*
Kevin A. Stine
Georgia Bar No. 682588
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Suite 1600, Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326
Tel:  (404) 577-6000
Fax: (404) 238-9601
Email: kstine@bakerdonelson.com

Counsel for Wells Fargo Bank, N.A.

-3-